# United States Court of Appeals
## For the First Circuit

No. 09-1869

MAYNOR ALONSO LARIOS,

Petitioner,

v.

ERIC H. HOLDER, JR.,
Attorney General of the United States

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on June 21, 2010, is amended as follows:

On page 2, line 17, change "212(a)(6)(A)(I)" to "212(a)(6)(A)(i)".

On page 2, line 18, change "1182(a)(6)(A)(I)" to "1182(a)(6)(A)(i)".